## UNITED STATES
### v.
## RICHARD SMYTH

1809

JOURNAL ENTRIES

1. Plea; issue; jurors; verdict; judgment . . . *Journal, infra,* \*p. 219

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . .
2. Warrant and return . . . . . . . . . . . .
3. Subpoena for William Flanagan, Conrad Ten Eyck and
    Ralph M. Pomeroy . . . . . . . . . . .

## JOHN BURNETT
### v.
## JAMES MAY

1809

JOURNAL ENTRIES

1. Declaration filed; plea; issue . . . . . . *Journal, infra,* \*p. 220
2. Jurors . . . . . . . . . . . . . . " 224
3. Verdict . . . . . . . . . . . . . " 225
4. Judgment . . . . . . . . . . . . " 229

PAPERS IN FILE

[None]